

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas     ▾

_____BEAUMONT_____ Division

EDWARD LEE GONZALES MICHELE RENEE
GONZALES

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

SEE ATTACHED

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:23 cv 227

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Sunday, June 11, 2023      11:45 PM

PLAINTIFFS

LARISSA HILE, as an agent of the State, JENNA SEENEY, as an agent of the State, and EXCEPTIONAL
EMERGENCY CLINIC, a private company, PATRICK MCDONALD, in his individual and official capacities,
ANTHONY GRANTHAM, in his individual and official capacities, WILLIAM LONGLOIS in his individual and
official capacities, LESLIE LOVELACE, in his individual and official capacities, JASON ASHWORTH, in his
individual and official capacities, STEPHEN WARD, in his individual and official capacities, DYLAN JINKS in
his individual and official capacities, WADE ROBERTSON, in his individual and official capacities, LANE
MARTIN, in his individual and official capacities, MIKE KUNTZ, individual and official capacities, LARRY
SPEARS JR., in his individual and official capacities, the CITY OF ORANGE, TEXAS., MICHAEL, KOLCUN, in
his individual and official capacities, VAIBHAV KHASGIWALLA, in his individual and official capacities,
MEDICAL CENTER OF SOUTHEAST TEXAS, PORT ARTHUR, TEXAS, JIMMY MOONEY, in his individual and
official capacities, ORANGE COUNTY SHERIFF'S, LISA GARZA, in individual and official capacities, TEXAS
MUNICIPAL LEAGUE INTERGOVERMENT RISK POOL, AUSTIN, TEXAS

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | EDWARD LEE GONZALES, MICHELE RENEE GONZALES |
| Address | 1012 W. MOSS ST., |

| ORANGE | TX | 77630 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | ORANGE COUNTY |
| Telephone Number | 409 221 1994 |
| E-Mail Address | ROTTWEILERRECOVERY08@GMAIL.COM |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | LARISSA M. HILE |
| Job or Title *(if known)* | EXCEPTIONAL EMERGENCY CENTER ORANGE, TX |
| Address | 1102 CAESARS CT., |

| LAKE CHARLES | LA | 70611 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | |
| Telephone Number | 337 304 8969 |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | JENNA SEENEY |
| Job or Title *(if known)* | EXCEPTIONAL EMERGENCY CENTER ORANGE, TX |
| Address | 8473 EARSEL RD. |

| ORANGE | TX | 77632 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | ORANGE COUNTY |
| Telephone Number | 409 937 5343 |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | | | |
|---|---|---|---|
| Name | WILLIAM LONGLOIS | | |
| Job or Title *(if known)* | ORANGE POLICE CAPT. | | |
| Address | 201 N, 8th St. | | |
| | ORANGE | TX | 77630 |
| | *City* | *State* | *Zip Code* |
| County | ORANGE COUNTY | | |
| Telephone Number | 409 670 9898 | | |
| E-Mail Address *(if known)* | | | |

☑ Individual capacity    ☑ Official capacity

Defendant No. 4

| | | | |
|---|---|---|---|
| Name | PATRICK H MCDONALD | | |
| Job or Title *(if known)* | ORANGE CITY POLICE OFFICER | | |
| Address | 201 N. 8th St. | | |
| | ORANGE | TX | 77630 |
| | *City* | *State* | *Zip Code* |
| County | ORANGE COUNTY | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

☑ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? SEE ATTACHED

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 5

| | |
|---|---|
| Name | LARRY SPEARS JR |
| Job or Title *(if known)* | ORANGE CITY MAYOR |
| Address | 812 N 16TH ST |

|  | | |
|---|---|---|
| ORANGE | TX | 77630 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | ORANGE |
| Telephone Number | 409-883-1016 |
| E-Mail Address *(if known)* | |

[✓] Individual capacity    [✓] Official capacity

Defendant No. 6

| | |
|---|---|
| Name | CITY OF ORANGE |
| Job or Title *(if known)* | |
| Address | 812 N 16TH ST |

|  | | |
|---|---|---|
| ORANGE | TX | 77630 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | ORANGE |
| Telephone Number | 409-883-1016 |
| E-Mail Address *(if known)* | |

[✓] Individual capacity    [✓] Official capacity

5

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 7

Name · · · · · · · · · · · · · · · · · · · · LANE MARTIN

Job or Title *(if known)* · · · · · · · ORANGE CITY POLICE CHIEF

Address · · · · · · · · · · · · · · · · · · 201 N 8TH ST

| | | |
|---|---|---|
| ORANGE | TX | 77630 |
| *City* | *State* | *Zip Code* |

County · · · · · · · · · · · · · · · · · · · ORANGE

Telephone Number · · · · · · · · · · 409-670-9898

E-Mail Address *(if known)*

[✓] Individual capacity  [✓] Official capacity

Defendant No. 8

Name · · · · · · · · · · · · · · · · · · · · MIKE KUNTZ

Job or Title *(if known)* · · · · · · · ORANGE CITY MANAGER

Address · · · · · · · · · · · · · · · · · · 803 GREEN AVE

| | | |
|---|---|---|
| ORANGE | TX | 77630 |
| *City* | *State* | *Zip Code* |

County · · · · · · · · · · · · · · · · · · · ORANGE

Telephone Number · · · · · · · · · · 409-883-1055

E-Mail Address *(if known)*

[✓] Individual capacity  [✓] Official capacity

6

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 9

| | |
|---|---|
| Name | DYLAN JINKS |
| Job or Title *(if known)* | ORANGE CITY POLICE OFFICER |
| Address | 201 N 8TH ST |

| | | |
|---|---|---|
| ORANGE | TX | 77630 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | ORANGE |
| Telephone Number | 4096709898 |
| E-Mail Address *(if known)* | |

[✓] Individual capacity    [✓] Official capacity

Defendant No. 10

| | |
|---|---|
| Name | WADE ROBERTSON |
| Job or Title *(if known)* | ORANGE CITY POLICE MAJOR |
| Address | 201 N 8TH ST |

| | | |
|---|---|---|
| ORANGE | TX | 77630 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | ORANGE |
| Telephone Number | 409-670-9898 |
| E-Mail Address *(if known)* | |

[✓] Individual capacity    [✓] Official capacity

The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 11

| | |
|---|---|
| Name | ANTHONY GRANTHAM |
| Job or Title *(if known)* | ORANGE CITY POLICE OFFICER |
| Address | 201 N 8TH ST |

| | | |
|---|---|---|
| ORANGE | TX | 77630 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | ORANGE |
| Telephone Number | 4096709898 |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☑ Official capacity

Defendant No. 12

| | |
|---|---|
| Name | LESLIE LOVELACE |
| Job or Title *(if known)* | ORANGE CITY POLICE OFFICER |
| Address | 201 N 8TH ST |

| | | |
|---|---|---|
| ORANGE | TX | 77630 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | ORANGE |
| Telephone Number | 409-670-9898 |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 13
    Name
    Job or Title *(if known)*
    Address

    County
    Telephone Number
    E-Mail Address *(if known)*

JASON ASHWORTH
ORANGE CITY POLICE CAPTIAN
201 N 8TH ST
ORANGE      TX      77630
   *City*      *State*      *Zip Code*
ORANGE
409-670-9898

[✓] Individual capacity    [✓] Official capacity

Defendant No 14
    Name
    Job or Title *(if known)*
    Address

    County
    Telephone Number
    E-Mail Address *(if known)*

STEPHEN WARD
ORANGE CITY POLICE OFFICER
201 N 8TH ST
ORANGE      TX      77630
   *City*      *State*      *Zip Code*
ORANGE
409-670-9898

[✓] Individual capacity    [✓] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 15
   Name
   Job or Title *(if known)*
   Address

ORANGE COUNTY SHERRIFFS DEPT

205 BORDER ST
ORANGE                TX          77630
     *City*            *State*      *Zip Code*

   County
   Telephone Number
   E-Mail Address *(if known)*

ORANGE
409-883-2612

☑ Individual capacity     ☑ Official capacity

Defendant No. 16
   Name
   Job or Title *(if known)*
   Address

LISA GARZA
SENIOR CLAIM SPECIALIST TMLIRP

     *City*            *State*      *Zip Code*

   County
   Telephone Number
   E-Mail Address *(if known)*

512-491-2580

☑ Individual capacity     ☑ Official capacity

10

B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 17

| | |
|---|---|
| Name | THE MEDICAL CENTER OF SOUTHEAST TEXAS |
| Job or Title *(if known)* | |
| Address | 2555 JIMMY JOHNSON |

| | | |
|---|---|---|
| PORT ARTHUR | TX | 77640 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | JEFFERSON |
| Telephone Number | 409-724-7389 |
| E-Mail Address *(if known)* | |

☑ Individual capacity   ☑ Official capacity

Defendant No. 18

| | |
|---|---|
| Name | JIMMY MOONEY |
| Job or Title *(if known)* | ORANGE COUNTY SHERRIFF |
| Address | 205 BORDER |

| | | |
|---|---|---|
| ORANGE | TX | 77630 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | ORANGE |
| Telephone Number | 409-883-2612 |
| E-Mail Address *(if known)* | |

☑ Individual capacity   ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 19
    Name
    Job or Title *(if known)*
    Address

    County
    Telephone Number
    E-Mail Address *(if known)*

MICHEAL KOLCUN
DOCTOR
2555 JIMMY JOHNSON
PORT ARTHUR    TX    77640
    *City*    *State*    *Zip Code*
JEFFERSON
409-724-7389

☑ Individual capacity    ☑ Official capacity

Defendant No. 20
    Name
    Job or Title *(if known)*
    Address

    County
    Telephone Number
    E-Mail Address *(if known)*

VAIBHAV KHASGIWALLA
DOCTOR
2555 JIMMY JOHNSON
PORT ARTHUR    TX    77640
    *City*    *State*    *Zip Code*
ORANGE
409-724-7389

☑ Individual capacity    ☑ Official capacity

12

Sunday, June 11, 2023    11:51 PM

II B.

FIRST AMENDMENT, SECOND AMENDMENT, FOURTH AMENDMENT, FIFTH AMENDMENT, FOUTEENTH AMENDMENT, NINTH AMENDMENT, FOURTEENTH AMENDMENT, TEXAS PENAL CODE SECTION 31.01 (1), (A). 31.03 (A), (B), (1), (C), (2),(C), (2), TEXAS PENAL CODE 1.07. (2), (8), (9), (A), (E), (F), (19) (A), (25), (28), (32), (35) (A), (38), (39), (46), (48). TX PENAL CODE 22.02 (A) (1), (B) (2) (A), (C), (3) (B)., TX PENAL CODE 15.03 (A) (B) (C) (1), (3) (D) (2)., U.S.C. 18 241, 242 UNDER COLOR OF LAW., DUE PROCESS CLAUSE OF THE FIFTH AMENDMENT, OATH OF OFFICE

13

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
SEE ATTACHED

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
At 1321 North 16th St. Orange, Texas

B.    What date and approximate time did the events giving rise to your claim(s) occur?
JUNE 24,2022 Approximate 9:30 p.m. when Theft by Deception Occured, 9:39 p.m. was Asked to leave and left, 10:58 p.m. Retured to Get Property inside Truck, (purse,guns,keys to house) 11:08 Police arrived.

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
SEE ATTACHED

14

Monday, June 12, 2023     12:01 AM



LARISSA M. HILE Violated my 1st, 4th, 5th, 14th (1) Amendments of the Constitution, Tx Penel code 31.01 (1) (a) (b) (c), (3) (a), 31.02 (swindling), 31.03 Theft (b) (1), (c) (2), JENNA SEENEY Violated my 1st, 4th, 5th,14th (1) Amendments of the Constitution Tx Penel code 31.01 (1) (a) (b) (c), (3) (a), 31.02 (swindling), 31.03 Theft (b) (1), (c) (2), PATRICK MCDONALD Violated my 1st, 2nd, 4th, 5th,9th,14th (1) Amendments of the Constitution, ANTHONY J. GRANTHAM Violated my 1st, 2nd, 4th, 5th ,9th,14th (1) Amendments of the Constitution, WILLIAM LONGLOIS Violated my 1st, 2nd, 4th, 5th,9th, 14th (1), LESLIE LOVELACE Violated my 1st, 2nd, 4th, 5th,14th (1) Amendments of the Constitution, JASON ASHWORTH Violated my 1st, 4th, 5th, 9th, 14th (1), Amendments of the Constitution, STEPHEN WARD Violated my 1st, 4th, 5th, 9th, 14th (1), DYLON JINKS Violated my 1st, 4th,5th, 9th,14th (1). WADE ROBERTSON Violated my 1st, 4th, 5th, 9th, 14th (1). Amendments of the Constitution, LANE MARTIN Violated my 1st, 4th,5th,9th,14th (1) Amendments of the Constitution, MIKE KUNTZ Violated my 1st,2nd,4th,5th, 9th,14th (1) of the Constitution. LARRY SPEARS JR., Violated my 1st, 2nd,4th,5th,9th,14th(1) Amendments of the Constitution,, MICHAEL G. KOLCUN M.D. Violated my 1st, 9th,14th (1) Amendments of the Constitution, VAIBHAV KHASGIWALA M.D. 1st, 9th,14th (1) Amendments of the Constitution, JIMMY L. MOONEY Violated my 1st, 8th, 9th, 14th (1) Amendments of the Constitution, LISA GARZA Violated my 1st, 2nd, 4th, 5th, 9th, 14th (1). Amendments of the Constitution.

Monday, June 12, 2023    12:05 AM

III C.

Approximate 8:40 p.m. on June 24,2022 A 68 year old male presented to this facility Exceptional Health Center with an injury of Uncontrolled Bleeding. The above male had a Companion that was Agitated Screaming at Staff to Hurry. Upon the above male being placed in a wheelchair his companion would not release the patient injured foot. LARRISSA M. HILE Stated that I delayed patient's care and distracted staff attention from the patient with uncontrolled bleeding. JENNA SEENEY Stated that she was instructed to get the Patients keys from (me and my wife) Where (WE HAD EFFECTIVE CONSENT AND LAWFUL POSSESSION) and she told my wife that the partner asked for his keys. Then the Nursing staff proceeded to asked Us to Leave. I tried to make contact with the patient by phone to Verify the circumstance present called several times. but phone was turned off by nursing staff. We left, without the Retrieval Our Property from vehicle that We ask for. DONALD FLANNERY was a witness to the kicking out of Us from the facility. and gave Us a ride back to TOM ROYSTON Resident to retrieve Our Vehicle. I finally made Contact with TOM ROYSTON and asked if He did in Fact Asked for his keys and he STATED " No, Eddie" why would I do that? You brought Me Up Here, So, You was going to bring me back Home. I told Tom that we are about two minutes away and that I'll see him then. He was being released. Approximately 10:56p.m. We arrived to meet Tom outside of Facility and spoke to TOM ROYSTON and made sure he was ok. I then walked to the door and open it and STATED to JENNA SEENEY that 'You lied to Us and that Not to worry about it " I GOT YOU" and closed the door to the facility and walked to the back and started taking pictures of all license plates of everyone there to file charges. after that We got into our vehicle to leave and approximately 11:08 the police arrive and me and my wife were backing out and that's when Officer P.H. MCDONALD Impede Our way of Travel by pulling behind my vehicle and stopping us. my wife put the vehicle into park and I was about to step out of my car to talk to the Officer. my door was open. and my wife told me to stay into the car. I did so. then officer P.H.MCDONALD asked " How are you doing today" and my wife (MICHELE RENEE GONZALES) and I STATED that We are doing Good. and officer P.H. MCDONALD then asked "If we were having a problem with the uh" and Both STATED that YES.THAT, "WE ARE LEAVING" and I asked the officer to "TO LOOK AT ME" and that's when he SCREAMED AT ME and asked if I had an Attitude problem. I STATED "No" and and then I stopped talking to the officer and sat back and locked my door to my car. And my wife was explaining what had happened and that is when officer MCDONALD asked for ID's my wife was getting hers and then he asked me for mine. I leaned forward and asked him 'WHY DO YOU NEED MY ID?" and he STATED "IN CASE THEY WANTED TO DO A CRIMINAL TRESSPASS AGAINST YOU". and I said "NO, I'M GOOD' 'and he said either I can give id or step out of car. and I said "THAT I WAS NOT STEPPING OUT OF NO WHERE". and then officer ANTHONY GRANTHAM tried to open my door on the passenger side but, was locked. and then officer MCDONALD asked my wife to unlock the doors and my wife stated " I'M SORRY I'M NOT GOING TO DO THAT" and I told officer MCDONALD that if he reached into my car that He was breaking the Law. that's when officer MCDONALD stuck his hand into my vehicle on the driver's side and unlocked the doors. My passenger door flung opened and was met with officer GRANTHAM and officer MCDONALD and Immediately Ripped out of my car in a private parking lot. And officer MCDONALD told me don't resist, don't resist and grab my right wrist and jerk me out of my car. Then both officer's pushed me to the back of my car and officer MCDONALD began hitting me in the BACK of my HEAD and told me not to resist and demanded me to put my hands behind my back. after I did so. Officer GRANTHAM had my right arm and officer MCDONALD had my left arm. then officer MCDONALD took my left Arm and wrenched it with INTENT to my UPPER PORTION OF MY SHOULDER BLADE BACKWARDS Causing EXTREMELY EXCRUCIATING PAIN! Then he gets on the radio and tells them that THERE'S ONE RESSISTING. (I was not), Then cuffs me. I told officers that they just broke my wrist and dislocated my elbow. And officer MCDONALD STATED that he was going to call for an Ambulance. A Conversation with Lieutenant LESLIE LOVELACE with a SMILE on his Face asked officer MCDONALD if He Got His TURKEY. And officer MCDONALD STATED YES, HE DID. With a Smile on His Face. Captain LONGLOIS arrived Question officer MCDONALD about the ARREST in asking him why did he remove me

from my vehicle. and LONGLOIS STATED that he didn't really like that. and ask WHAT was I being Charged for. and MCDONALD STATED GRANTHAM said RESISTING ARREST and he said failure to ID. So, the Captain Asked What Crime did he commit? and officer MCDONALD stated We were investigate it. okay, What Crime did He commit? He couldn't answer WHAT to charge me for. So, Captain LONGLIOS and officer MCDONALD both CONSPIRED to make up charges with THEMSELVES AND THE NURSING STAFF to charge me for TERRORISTIC THREAT. They Both went inside to talk to LARRISA M. HILE and JENNA SEENEY and told them what to say on the Witness Statements. and then Captain LONGLOIS went outside and told officer GRANTHAM that they are going to bring me to the hospital NOT the AMBALANCE. The Captain STATED that I was Not Getting away that Easy. So, officer GRANTHAM put my into the back of the Police Tahoe with my Arms Cuffed in the back with No Seatbelt on and transported me to the hospital in PORT ARTHUR. TEXAS. 30 Miles. Officer GRANTHAM Brought me inside MEDICAL CENTER OF SOUTHEAST TEXAS where officer GRANTHAM turned off his body Camera. and MICHAEL G. KOLCUN M.D. requested the nursing staff to X-ray my arm. and the did so. and the nursing staff came back and STATED that I had A CRACKED ELBOW. and cold wrapped my arm and released me to the police departments care. whereas doctor KOLCUN put on OFFICIAL DOCUMENT that my injuries were PRE-EXISTING and Doctor VAIBHAV KHASGIWALA M.D. Confirmed it. and they gave the officer my documents and brought me to jail. I bonded out the next day. (Saturday). Went back to the MEDICAL CENTER OF SOUTHEAST TEXAS and received a Copy of my X-ray and more Medical Records on June 27, 2022. and found that both doctor's LIED on Official documents stating that My Injuries WERE PRE-EXISTING. and officer GRANTHAM and officer MCDONALD also LIED on Official Documents stated that they were unsure of any broken bones but, would need to see a RADIOLOGEST to CONFIRM it. Now on JULY 11, 2022 I walked to The Orange Police Department to Receive my INCIDENT REPORT #2211915 and seen all the lies that was on it. and went upstairs to speak to the Detective Division about my case and all the lies on the Report. And I spoke to detective STEPHEN WARD about my Case. (have video) and he told me that it was already filed and that I could not give my statement to them. it was too late. it was filed with the DISTRICT ATTORNEY. And he asked what had happened that day and I started to explained to him what had happened and such and he listen to what I had to say and my video shuts off unbeknown to me. I feel like they have technology to shut phones off during questioning me. The next day July 12, 2022 I get a call from DETECTIVE DYLAN Q. JINKS on (409) 221-9329 and he States that he's calling me on his wife's cell phone. And that All CHARGES were dropped by the DISTRICT ATTORNEY and that They aren't Pressing Any Charges Against me. And I then asked for all the body camera footage and all statements to my case. and he said that he would get everything ready for me. On July 18, 2022 I went to talk to Detective Captain JASON ASHWORTH (have video) and spoke to him about the charges and he told me to go and talk to Captain LONGLOIS about the officers. And my wife I walked back downstairs and talked to dispatch to contact Captain LONGLOIS and they did so. when Captain LONGLOIS arrived I spoke to him in regards to his officers and he told me to Go on line and File my Complaint there.(have video). we left. On July 25, 2022 the District Attorney REFUSED my ONE Charge of RESISTING ARREST. On July 26, 2022 I spoke to Major SPARKY ROBERTSON in regards my Assault. (have video). and he told me to contact Major WADE ROBERTSON on Thursday. On Thursday July 28, 2022 we went to talk to Major WADE ROBERTSON (have video) and to view the body camera footage and to discuss what had happened and to file Charges Against Arresting Officers MCDONALD AND GRANTHAM. Received Complaint Form. On August 9, 2022 I went to make an appointment at the Orange County Sherriff Department with the Sherriff JIMMY L. MOONEY but He Never Accepted or Answered my Request. On September 19, 2022 I spoke to The City Manager MIKE KUNTZ in regards to my Complaint and brought to his Attention in regards to my Complaint and Case. No help. (have video). September 21, 2022 I Spoke to Police Chief LANE MARTIN and Major WADE ROBERTSON to get Answer on my Complaint and to find out other information of my Case. No help. (have video). On September 27, 2022 I went to the City Meeting to speak to the MAYOR LARRY SPEARS JR, And Read TITLE 18, U.S.C., SECTION 241, 242 UNDER COLOR OF LAW. ON RECORD. (have video). On September 28, 2022 I went to the City Hall to make an Appointment with the City Mayor LARRY SPEARS JR, to ask Questions of my Assault and Injuries. And Spoke to Chief LANE MARTIN in Regards to the Appointment with No help. (have video). On September 27, 2022 Ms. LISA GARZA Senior Claim Specialist of The Municipal League Intergovernmental Risk Pool made contact with me and STATED that They are Investigating the Claim #LB11459 (have audio

18

recording). On October 27, 2022 was Informed that they Concluded there Investigation and Found NO FAULT of OFFICERS. (have denial letter and audio recording). October 11, 2022 I Went to file Charges against the Two Employee's LARRISSA M HILE and JENNA SEENEY of THE EXCEPTIONAL HEALTHCARE CENTER. For FASLE REPORTING and THEFT BY DECEPTION. Detective WARD did There Investigation and DID NOT FILE CHARGES. (no help)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
SEE ATTACHED.

## V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.
I WOULD LIKE FOR THE COURT TO HOLD EACH AND EVERYONE ACCOUNTABLE ACCORDING TO LAW. JUST AS THEY HELD ME ACCOUNTABLE FOR SOMETHING THAT I DIDN'T DO. I WOULD LIKE FOR THE COURT TO REMOVE THERE QUALIFIED IMMUNITY FOR THEY DO NOT DESERVE PROTECTION UNDER COLOR OF LAW.  I WOULD LIKE TO SEE JUSTICE FOR THE CRIMES THAT THEY COMMITED. WE WOULD LIKE TO SEE $2,500,000.00 FOR COMPENSATORY/ PUNITIVE DAMEGES. PER TORT CLAIM., AND ALSO DUE PROCESS CLAUSE OF THE FIFTH AMENDMENT FEDERAL PUNITIVE DAMAGES OF $6,000,000.00 PER TORT CLAIM PLAINTIFF IN SUIT.AND ENTIRE ENTITY OF PARTIES INVOLVED.

15

Monday, June 12, 2023    12:15 AM

IV injuries

Objective Transcription (Matthew Kergosien, MD; 9/1/2022 9:02 AM) X-RAY INTERPRETATION; Three views of left elbow shows no acute fracture or dislocation. On the AP, the joint appears congruent. I do not appreciate any significant gapping of the lateral aspect of the elbow. There is heterotopic bone along the radial collateral ligament. There is also a small amount of heterotopic bone about the origin of the ulnar collateral ligaments. Ulnohumeral and radio capitellar joints remain well aligned. MRI of left wrist; impression, multiple abnormalities on the ulnar-sided including high-riding and deformed ulnar styloid causing impingement of the ECU and subluxation of the ECU. There is attenuation central preformation of the TFC cartilage. There is possibility of ulnar lunate and ulnar triquetral impingement. MRI of left elbow; impression, chronic calcific lateral epicondylitis and element of acuity. There's is also chronic medial epicondylitis. There is a tear of the radial collateral ligament with mild widening of the lateral radio capitellar joint. There is a contrecoup contusion related to varus stress seen involving the coronoid process of the ulna and the trochlea of the ulna. MRI of the left shoulder; impression, small focal full-thickness rotator cuff tear of the mid and posterior fibers of the supraspinatus tendon with attenuation of the anterior fibers. There is severe AC joint arthrosis. There is mild inferior fiber insertional tear of the subscapularis tendon. I HAVE MORE INJURIES; BUT, COULD NOT AFFORED THE COST OF THE MRI'S. FOR MY NECK AND MY BACK AND MY RIGHT ROTATOR CUFF AND BACK MUSCLES ARE TORN. I NEED SURGERY ON ALL LISTED ABOVE. I NEVER RECIVED TREATMENT. MY ARM AND OTHER INJURIES ARE STILL PRESENT TODAY. DEPRIVATION OF RIGHTS UNDER COLOR OF LAW SEC., 241,242, VIOLATION OF OATH OF OFFICE, ALSO. INCLUDING BODILY PAIN, GREAT INCONVENCE AND DISCOMFORT, LOSS OF TIME, MENTAL SUFFERING, INJURY TO REPUTATION, DISTRESS AND ANGUISH, HUMILATION OF MIND, SHAME, RIDICULE, INVIDIOUS PUBLICITY, PLUBIC DISGRACE, RECKLESS ENDANGERMENT, PERJURY UNDER PENALTY, FALSE ARREST, THEFT BY DECEPTION, INVALID WARRENT, ASSULT AND BATTERY, FALSE IMPRISONMENT, DUE PROCESS OF LAW, PUNITIVE DAMAGES, AGGRAVATED ASSAULT, UNLAWFUL SEARCH AND SIZURES, NEGLIGENCE, EMOTIONAL DISTRESS, GRIEVOUS BODILY HARM, RECKLESS AND MALICIOUS FALSEHOOD DAMAGES, DEFAMATION OF CHARACTER, LIBEL AND SLANDER, INTENTIONAL MISRESENTATION OF THE TRUTH, WANTON AND WILLFUL DAMAGES, EGREGIUS MISCONDUCT, GRIEVOUS BODILY HARM, EMBARARRASSMENT, HUMILATION, ECONOMIC LOSS, EXCESS OF FORCE WITH INTENT, VOLIATION OF 1st, VOLIATION OF 2nd AMENDMENT, UNLAWFULL DETENTION 4th, 5th,AMENDMENTS, 9th AMENDMENT 14TH (1) AMENDMENT, INTENTETAL INFLECTION OF EMOTIONAL DISTRESS, KIDDNAPPING, CONSPIRE TO SOLICIT A TRESSPASS, CONSPIRE TO SOLICIT A TERRORISTIC THREAT CHARGE, TRESSPASS OF LIBERTY AND LOSS TIME, MALICE, LIBEL PER SE, TRESPASSER AB INITIO, ABUSE OF PROCESS TORT

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        6/12/23

Signature of Plaintiff      _Edward Lee Gonzales / Michele Gonzales_

Printed Name of Plaintiff    EDWARD LEE Gonzales / Michele Gonzales

### B.    For Attorneys

Date of signing:        _____

Signature of Attorney     _____

Printed Name of Attorney   _____

Bar Number           _____

Name of Law Firm       _____

Address             _____

            _____
            City          State     Zip Code

Telephone Number       _____

E-mail Address        _____

16