IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EDWARD LEE GONZALES, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 1:23-CV-227-MJT-CLS |
| ANTHONY GRANTHAM, | § § § | |
| *Defendant.* | § § | |

# FINAL JUDGMENT

Pursuant to the Order Adopting the United States Magistrate Judge's Report and Recommendation on this same date, it is ORDERED that a judgment is entered in favor of Defendant Anthony Grantham against Plaintiff Edward Lee Gonzales.

This order is a full and final judgment as to all claims and parties in the instant action. All relief not specifically granted herein is DENIED. The Clerk is directed to close this case.

IT IS SO ORDERED.

**SIGNED this 28th day of October, 2024.**

Michael J. Truncale
United States District Judge